**MEMO ENDORSED**

## THE LAW OFFICE OF GARY KAUFMAN, PLLC
ATTORNEY AT LAW
377 BROADWAY
8th, Floor
New York, New York 10013
(347) 855-9102  FAX (212) 202-7949

May 5, 2022

The Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/22

Re:   *United States v. Melchoir Baptiste*
      08-CR-1262-JFK

Dear Honorable Judge Keenan,

    I currently represent Melchoir Baptiste in a case pending before the United States District Court in the Eastern District of New York under Docket Number 20 Cr. 520 (KAM), pursuant to a Criminal Justice Act (CJA) appointment. Mr. Baptiste is scheduled to be sentenced on September 1, 2022. I am in the process of preparing Mr. Baptiste's sentencing memorandum in that case and have had two experts appointed, to assist in that regard. One of those experts has requested a copy of the Presentencing Report (PSR) prepared by probation, from 08-CR-1262-JFK, which was before your honor, and to which Mr. Baptiste was sentenced on August 30, 2011, the Judgment for which was entered on September 1, 2011 (Dkt. 33). Additionally, the probation officer who conducted the probation interview in the current, Eastern District, case, made reference to the prior PSR throughout his interview of Mr. Baptiste. It would therefore be helpful for me to obtain a copy of that report. I am therefore, requesting permission from this Court to have the PSR from 08-CR-1262-JFK released to me.

    Thank you for your attention to this matter, and if you have any questions I can be reached at (347) 855-9102 or gary@garykaufmanlaw.com.

Sincerely,

GARY M. KAUFMAN, ESQ.
Attorney for Melchoir Baptiste

---

The request to release Defendant Melchoir
Baptiste's Presentence Report in this case
(Docket No. 08 Cr. 1263) to Mr. Kaufman is
GRANTED.

**SO ORDERED.**

Dated: New York, New York
       May 6, 2022

*John F. Keenan*
John F. Keenan
United States District Judge